# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

Case No. 25-20028

Hon. Susan K. DeClercq
Hon. Anthony P. Patti, USMJ

*v.*

DELANO DEJUAN MARTIN,

    *Defendant.*

_____/

## ORDER LIFTING SUSPENSION/STAY OF COMPETENCY EXAMINATION AFTER REHEARING and DIRECTING TRANSPORT

For the reasons stated by the Court at today's rehearing on the question of whether Defendant's previously ordered competency examination should go forward (all of which are hereby incorporated as though fully restated herein), raised in Defendant's Motion for Reconsideration (ECF No. 16), the stay/suspension of Defendant's competency examination, as spelled out in the February 13, 2025 Text-Only Order, is **HEREBY LIFTED**.  Defendant's presentation at today's hearing, upon voir dire by his counsel, follow-up questions from the Court and his own self-initiated statements, shows little appreciable change in the Defendant's comprehension of the legal proceedings against him or

in his ability to assist in his defense, or put another way, as his counsel stated, we are "not that far from where we were before."

After three hearings at which Defendant has addressed the Court, the Court continues to have "'reasonable cause to believe' that the defendant is incompetent to stand trial." *United States v. White*, 887 F.2d 705, 709 (6th Cir. 1989); *see* 18 U.S.C. 4241(a).  Accordingly, the directives of the original Order for Examination ("OFE") (ECF No. 11) shall be carried out, and the **United States Marshal's Service shall transport Defendant to and from the facility where his examination will take as soon as possible.**  All provisions of the OFE shall be given full force and effect and the time between the filing of Defendant's motion for reconsideration and today shall be deemed excludable delay from the provisions of the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(1)(D).  The competency hearing is **HEREBY RESCHEDULED** to **May 5, 2025 at 2 p.m. before Judge DeClercq.**

It is **SO ORDERED**.

Dated: March 6, 2025

_____
Anthony Patti
United States Magistrate Judge